IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JUSTIN CHAFFIER | § | |
| | § | No. 209, 2023 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. No. 2103001425 (N) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |

Argued:     September 25, 2024
Decided:     October 11, 2024

Before **TRAYNOR**, **LeGROW**, and **GRIFFITHS**, Justices.

## **ORDER**

This 11th day of October, 2024, after consideration of the parties' briefs, the argument of counsel, and the record on appeal, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its January 17, 2023 Memorandum Opinion and Order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice